UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JASON CAMACHO, *and on behalf of all other persons similarly situated*,

                                Plaintiff,

-against-

CALIFORNIA INSTITUTE OF THE ARTS,

                              Defendant.

------------------------------------------------------------ x

<u>ORDER</u>

18 Civ. 10575 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
        August 20, 2019

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    United States District Judge