UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

JASON CAMACHO AND ON BEHALF OF ALL : No.: 1:18-cv-10575
OTHER PERSONS SIMILARLY SITUATED :
: ECF CASE
Plaintiff, :
: **Stipulation of Discontinuance**
v. :
:
CALIFORNIA INSTITUTE OF THE ARTS :
:
Defendant. :
:
---------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JASON CAMACHO, and Defendant, CALIFORNIA INSTITUTE OF THE ARTS, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       August 30, 2019

**SEYFARTH SHAW LLP**                        **GOTTLIEB & ASSOCIATES**

_____                    _____
John W. Egan, Esq.                           Jeffrey M. Gottlieb, Esq.
620 Eighth Avenue                            150 East 18th Street, Suite PHR
New York, New York 10018                     New York, New York 10003
(212) 218-5291                               (212) 228-9795
Attorneys for Defendant                      Attorneys for Plaintiffs

SO ORDERED:  SEP 0 4 2019

_____
George B. Daniels
United States District Court Judge